# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Marcos MAYORGA-Diaz | FILED<br>2008 JUL 17 AM 9:49<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

WARRANT ISSUED ON THE BASIS OF:

Magistrate's Case No. **'08 MJ 1382**

☐ Failure to Appear    ☐ Order of Court
☐ Indictment           ☐ Information
**x** Complaint

**WARRANT FOR ARREST**

To:
Any U.S. Marshal or other
authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED

Marcos MAYORGA-Diaz
In Custody of San Diego County Sheriff
San Diego, California 92101

DISTRICT OF ARREST:

CITY OF ARREST:

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

### DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

DATE 7/16/08
ARRESTED BY S/A Haynes, ICE

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 MAY -2 A 11:06

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>Title 8 | SECTION<br>1326 |
|---|---|---|
| BAIL  To Be Set In Court | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY  **NITA L. STORMES**<br>**U.S. MAGISTRATE JUDGE** | /s/ Nita L. Stormes | DATE ORDERED<br>5-2-08 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CL II-J ICE

0301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Marcos MAYORGA-Diaz

WARRANT ISSUED ON THE BASIS OF:
☐ Failure to Appear   ☐ Order of Court
☐ Indictment          ☐ Information
x Complaint

Magistrate's Case No.

**'08 MJ 1382**

WARRANT FOR ARREST

TO:
Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED
Marcos MAYORGA-Diaz
In Custody of San Diego County Sheriff
San Diego, California 92101

DISTRICT OF ARREST:

CITY OF ARREST:

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | Title 8 | 1326 |

BAIL: To Be Set In Court

OTHER CONDITIONS OF RELEASE:

ORDERED BY: NITA L. STORMES, U.S. MAGISTRATE JUDGE

DATE ORDERED: 5-2-08

CLERK OF COURT/U.S. MAGISTRATE    BY    DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

DATE RECEIVED: 5/2/08
DATE EXECUTED: 7/16/08

NAME AND TITLE OF ARRESTING OFFICER: Michael HAYNES, Special Agent (ICE)

SIGNATURE: M Haynes

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed